IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY GENS, | CASE NO. 5:14-cv-01603 EJD |
|                Plaintiff(s),<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| SRI INTERNATIONAL, et. al., | |
|                Defendant(s).    / | |

In light of the filing of the amended complaint on July 7, 2014 (see Docket Item No. 6), the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for August 29, 2014, is CONTINUED to **10:00 a.m. on December 5, 2014.** The parties shall file a Joint Case Management Statement on or before **November 26, 2014.**

In addition, the court notifies Plaintiff that pursuant to Federal Rule of Civil Procedure 4(m), the deadline to complete service of process of the amended complaint is **November 4, 2014.** Plaintiff must serve all defendants through an authorized method of service and must file proof of such of service in a manner that conforms to Federal Rule of Civil Procedure 4(l) on or before that date.

**IT IS SO ORDERED.**

Dated: August 25, 2014

                                EDWARD J. DAVILA
                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY GENS,

        Plaintiff,

  v.

SRI INTERNATIONAL, ET AL et al,

        Defendant.
                                    /

Case Number: CV14-01603 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy H Gens
774 Mays Blvd Suite 10-506
Incline Village, NV 89451

Dated: August 25, 2014

                                    Richard W. Wieking, Clerk
                                    /s/ By: Elizabeth Garcia, Deputy Clerk