UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY H. GENS,<br><br>    Plaintiff,<br><br>    v.<br><br>SRI INTERNATIONAL, et al.,<br><br>    Defendants. | Case No.   5:14-cv-01603 EJD<br><br>**ORDER TO SHOW CAUSE** |

On July 7, 2014, Plaintiff Timothy H. Gens ("Plaintiff") filed the Amended Complaint underlying this action. See Docket Item No. 1. To date, however, the docket does not contain a proof of service or waiver of service for any defendant, and no defendant has appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

As the court has previously noted, the 120-day period for service provided by Rule 4(m) expired on November 4, 2014. Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no later than **December 12, 2014**, either: (1) file documents to

1

Case No.: 5:14-cv-01603 EJD
ORDER TO SHOW CAUSE

show proof of service of the Summons and Complaint on defendant; or (2) explain in writing why service has not been accomplished. No hearing will be held on the order to show cause unless otherwise ordered by the court.

Plaintiff is notified that the court will dismiss this action if Plaintiff fails to comply with this OSC or otherwise fails to show good cause as directed above. In light of this order, the Case Management Conference scheduled for December 5, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: November 24, 2014



EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:14-cv-01603 EJD
ORDER TO SHOW CAUSE