UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY H. GENS,<br><br>   Plaintiff,<br><br> v.<br><br>SRI INTERNATIONAL, et al.,<br><br>   Defendants. | Case No.  5:14-cv-01603 EJD<br><br>**ORDER DISMISSING CASE** |

On November 24, 2014, the court ordered Plaintiff Timothy H. Gens ("Plaintiff"), by December 12, 2014, to either file documents showing that service of process had been completed or show cause in writing why he failed to accomplish service within 120 days as required by Federal Rule of Civil Procedure 4(m). See Docket Item No. 12. As of the date this order is filed, Plaintiff has not complied with the show cause order as directed.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 16, 2014

                       _____
                       EDWARD J. DAVILA
                       United States District Judge

Case No.: 5:14-cv-01603 EJD
ORDER DISMISSING CASE